UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BOBBY DEAN BRIGHT, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-06-260 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM OPINION AND ORDER DENYING MOTIONS FOR A JURY TRIAL AND FOR AN ADVISORY JURY

Petitioner's motions for a jury trial and/or for an advisory jury (D.E. 11, 12) are denied. No decision has been made as to whether an evidentiary hearing is necessary. Petitioner has cited no authority indicating he is entitled to a jury trial on issues which may require an evidentiary hearing, and the undersigned knows of none.

The District Judge will determine whether an evidentiary hearing is necessary. Rule 8(a), Rules Governing Section 2254 Cases. If scheduled, the rule provides that evidentiary hearings be held before the District Judge, or if referred, before a United States Magistrate Judge. Rule 8(b), Rules Governing Section 2254 Cases. There are no provisions for jury trials in habeas cases.

ORDERED this 19th day of July, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE