UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BOBBY DEAN BRIGHT, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-06-260 |
| | § | |
| PAUL A MORALES, *et al*, | § | |
| | § | |
| Respondent. | § | |

## ORDER DENYING PETITIONER'S MOTIONS FOR A JURY TRIAL AND FOR AN ADVISORY JURY

Petitioner's motions for a jury trial and for an advisory jury (D.E. 18, 23, 24) are denied. No evidentiary hearing has been scheduled, and even if scheduled, petitioner has cited no authority which entitles him to a jury trial for an evidentiary hearing in a habeas petition.

Petitioner may request review of this order by a District Judge if he files, within ten days of the date of this order, a pleading clearly indicating he is requesting review by a District Judge, and citing authority demonstrating that the order is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A).

ORDERED this 3rd day of October, 2006.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE